JERRY S. BUSBY
Nevada Bar #001107
COOPER LEVENSON, P.A.
1835 Village Center Circle
Las Vegas, Nevada 89134
(702) 366-1125
FAX: (702) 366-1857
jbusby@cooperlevenson.com
Attorneys for Defendant
RALPHS GROCERY COMPANY
d/b/a FOOD 4 LESS

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEBRA ROCHA, an individual<br><br>Plaintiff,<br><br>vs.<br><br>RALPH'S GROCERY COMPANY d/b/a FOOD 4 LESS #514, a foreign corporation; DOE INDIVIDUALS 1 through 10; ROE CORPORATIONS 11 through 20; and ABC LIMITED LIABILITY COMPANIES 21 through 30, inclusive,<br><br>Defendants. | CASE NO. 2:15-cv-01801-GMN-VCF<br><br>**STIPULATION TO ALTER<br>SETTLEMENT CONFERENCE** |

WHEREAS, a settlement conference has been scheduled in the above referenced case to take place at 10:00 a.m. on November 10, 2016; and

WHEREAS, all litigation for Defendant RALHS GROCERY COMPANY d/b/a FOOD 4 LESS is overseen and controlled by the home office of The Kroger Co. (a "grandparent" corporation to RALPHS) from its office in Cincinnati, Ohio and has advised that it does not have a representative available to attend the conference at the scheduled time but could make a person available to participate telephonically from its home office;

IT IS HEREBY STIPULATED AND AGREED by and between JERRY S. BUSBY, ESQ., of COOPER LEVENSON, P.A., as counsel for Defendant RALPHS GROCERY COMPANY d/b/a FOOD 4 LESS, and CHRISTIAN M. MORRIS, ESQ. of the NETTLES LAW FIRM, as counsel for Plaintiff DEBRA ROCHA that Defendant be allowed to participate telephonically in the settlement conference.

CLAC 3757031.1

IT IS FURTHER STIPULATED AND AGREED that if this Court deems it necessary to have Defendant attend in person, the parties jointly request that the conference be continued to take place on December 6, 2016, December 8, 2016 or December 13, 2016.

Respectfully submitted this 14th day of October, 2016.

| NETTLES LAW FIRM | COOPER LEVENSON, P.A. |
|---|---|
| /s/ Christian M. Morris | /s/ Jerry S. Busby |
| CHRISTIAN M. MORRIS, ESQ. | JERRY S. BUSBY, ESQ. |
| Nevada Bar # 011597 | Nevada Bar # 001107 |
| 1389 Galleria Drive – Suite 200 | 1835 Village Center Circle |
| Henderson, Nevada 89014 | Las Vegas, Nevada 89134 |
| (702) 434-8282 | (702) 366-1125 |
| Attorneys for Plaintiff | Attorneys for Defendant |
| DEBRA ROCHA | RALPHS GROCERY COMPANY d/b/a FOOD 4 LESS |

(*initial one*)

_____IT IS ORDERED that the settlement conference proceed as scheduled on November 10, 2016 and that Defendant be allowed to participate telephonically.          10:00 a.m.,

✓ IT IS ORDERED that the settlement conference be continued to December  6  , 2016 so that Defendant ~~may~~ have a representative present at the conference.

must

_____
UNITED STATES MAGISTRATE JUDGE
DATED:  October 14, 2016

The confidential statement is due by 4:00 p.m., November 29, 2016. All else as stated in the Order scheduling the settlement conference (ECF No. 19) remains unchanged.

2

CLAC 3757031.1